
LEWIS BRISBOIS BISGAARD & SMITH LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2021

Adam E. Collyer
77 Water Street, Suite 2100
New York, New York 10005
Adam.Collyer@lewisbrisbois.com
Direct: 646.783.1723

December 1, 2021

*[Handwritten note: 12/3/2021 Stay pending mediation. Provide update one week after mediation.]*

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007-1312

    Re:   *Meilus et al v. Restaurant Opportunities Center United, Inc. et al*
           Docket No.: 21-cv-02554 (CM)

*MEMO ENDORSED*

Dear Judge McMahon:

    We represent defendants Restaurant Opportunities Center United, Inc., Sekou Siby, and Alicia Renee Farris (collectively, "Defendants") in the above-referenced matter. We write today with respect to the Court's Order, dated November 12, 2021 [DE 43].

    By letter, filed on November 10, 2021, the parties jointly advised the Court that they were working with the Southern District's mediation program to determine if they would be able to globally mediate multiple outstanding issues, including claims from a matter filed in California [DE 42]. The parties are now able to report that the Southern District is able to accommodate such mediation, which has been scheduled for January 4, 2022.

    With mediation now scheduled for early-January, the parties respectfully request that they provide a joint update to the Court regarding the status of settlement within one week of the mediation. If mediation ends in impasse, the parties propose they be able to complete discovery within two months.

    We thank the Court for its consideration of this request.

                                         Respectfully,

                                         /s/ Adam E. Collyer

                                         Adam E. Collyer of
                                         LEWIS BRISBOIS BISGAARD & SMITH LLP

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4861-0653-5171.1

Hon. Colleen McMahon
December 1, 2021
Page 2

AEC

cc:   Counsel for Plaintiffs (via ECF)

LEWIS BRISBOIS BISGAARD & SMITH LLP
www.lewisbrisbois.com

4861-0653-5171.1