

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Adam E. Collyer
77 Water Street, Suite 2100
New York, New York 10005
Adam.Collyer@lewisbrisbois.com
Direct: 646.783.1723

August 17, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2022

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007-1312

Re: *Meilus et al v. Restaurant Opportunities Center United, Inc. et al*
Docket No.: 21-cv-02554 (CM)

Dear Judge McMahon:

We represent defendants Restaurant Opportunities Center United, Inc., Sekou Siby, and Alicia Renee Farris (collectively, "Defendants") in the above-referenced matter. We write today, on behalf of all parties and with Plaintiffs' consent, to advise the Court that the parties have resolved this matter in principle and respectfully request that all deadlines be adjourned *sine die*.

The parties are currently negotiating language and terms in a formal settlement agreement, and have exchanged drafts and revisions. They continue to work collectively to finalize settlement. Once a final agreement is fully executed, the parties will submit a stipulation of dismissal. Accordingly, the parties respectfully request that the Court adjourn all pending deadlines *sine die*.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Adam E. Collyer*

Adam E. Collyer of
LEWIS BRISBOIS BISGAARD & SMITH LLP

Granted -
*[signature]* 8/18/2022

AEC

cc: Counsel for Plaintiffs (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4873-3237-6622.1